## FIRST CITY TRUST & SAVINGS BANK v DOOLITTLE, Exr etc

Ohio Appeals, 9th Dist, Summit Co
No 1767. Decided March 3, 1930

Slabaugh, Seiberling, Huber & Guinther, Akron, for Bank.

Doolittle, Foust & Holden, Akron, for Doolittle.

Funk, PJ and Washburn, J., concur.
Full opinion will be published later. Watch **Omnibus Index.**